UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WILLIAM A. CHARLES,

      Petitioner,

      v.                                   Case No. 05-C-529

MATTHEW J. FRANK,
Secretary, Wisconsin Department of Corrections,

      Respondent.

## ORDER DENYING "MOTION TO HEAR"

On June 23, 2006, this court issued an order dismissing this action without prejudice stemming from petitioner William A. Charles's ("Charles") failure to file a brief in support of his habeas corpus petition. In that order Charles was afforded twenty days within which to file with the court a petition to reinstate the action. He did not file any such petition to reinstate the action. Thus, the action was dismissed without prejudice.

On September 18, 2006, Charles filed with the court a collection of documents, including a "Petition" in "Case No. 04-1743"; a second "Petition and Motion to Hear" in "Case No. 04-1743"; a copy of a portion of the docket sheet in the instant action; a "Notice of Motion" in "Case No. 05-3919" in the Seventh Circuit Court of Appeals[1]; and a "Notice of Appeal" and "Pro se Petition" purporting to present certain matters to the United States Supreme Court. Charles's written submissions do not make at all clear what relief, if any, he is seeking from this court. Be that as it

---

[1] That appeal was dismissed by the Seventh Circuit Court of Appeals for lack of jurisdiction on February 27, 2006.

may, what is clear is that this action has already been dismissed without prejudice.  Consequently, to the extent any of his written submissions can be construed to be motions in which he is seeking any relief from this court in Case No. 05-C-529, his motions are **DENIED**.

**SO ORDERED** this 20th day of September 2006, at Milwaukee, Wisconsin.


/s/ William E. Callahan, Jr.
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge

2